584

458 A.2d 257

Boyer, et al., Appellants v. Allentown & Sacred Hosp.

Argued June 9, 1982.  Boyd H. Walker, for appellants;  J. Eaton, III, for appellees.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Order affirmed.

458 A.2d 258

Commonwealth v. Balmer, Appellant.

Argued November 4, 1982.  Joseph P. Zawrotny, for appellant;  Michael Turner, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and VAN der VOORT, JJ.

Judgment of sentence affirmed.